FILED
IN CLERK'S OFFICE
U.S. D... E.D.N.Y.
APR 21 2005
P.M.
TIME A.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
ALI ABADI,

                    Petitioner,              03 CV 5114 (SJ)

  - against -                     MEMORANDUM
                                                AND ORDER

UNITED STATES OF AMERICA,

                    Respondent.
----------------------------------------------------X
APPEARANCES:

ALI ABADI
95-23 Roosevelt Avenue
Queens, NY 11372
Petitioner *Pro se*

UNITED STATES ATTORNEY'S OFFICE
Eastern District of New York
One Pierrepont Plaza, 14th Floor
Brooklyn, NY 11201
Attorneys for the Government

JOHNSON, Senior District Judge:

      Petitioner's original filing with this Court, filed October 3, 2003, was styled as a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255. On January 25, 2005 this Court issued an Order to Show Cause to Petitioner directing him to show cause within thirty (30) days § 2255 why his petition should not be dismissed as moot, given his release from prison and subsequent deportation. The Order was sent

1

to each of Petitioner's last known mailing addresses.

The deadline for responding to the Order to Show Cause having expired without any response from Petitioner, this Court hereby dismisses the § 2255 Petition as moot due to Petitioner's release from custody.

The Clerk of Court is directed to enter a final judgment of dismissal and to close the case.

SO ORDERED.

Dated: April 14, 2005
       Brooklyn, New York

s/SJ
_____
Senior U.S.D.J.

2