UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ALI ABADI,

                    Petitioner,

  -against-

UNITED STATES OF AMERICA,

                    Respondent.
-------------------------------------------------------------------X

JUDGMENT
03-CV- 5114 (SJ)

FILED
IN CLERK'S OFFICE
U.S. D... E.D.N.Y.

 

P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on April 21, 2005, dismissing the § 2255 petition as moot due to petitioner's release form custody; and directing the Clerk of the Court to enter a final judgment of dismissal; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the § 2255 petition is dismissed as moot due to petitioner's release from custody; and that a final judgment of dismissal is hereby entered.

Dated: Brooklyn, New York
       April 21, 2005

                                              ROBERT C. HEINEMANN
                                              Clerk of Court